UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
**SHARLESS THOMPSON and**
**CHRISTOPHER ROBINSON,**

                    Plaintiff,                    <u>ORDER TO SHOW CAUSE</u>

     -against-                               03-CV-4208 (ILG)

**CITY OF NEW YORK, et al.,**

                      **Defendant.**
---------------------------------------------------------------x

      In a Calendar Order dated 2/11/05, counsel, who reported that they were close to settling the case, were directed to submit a status report by 2/25/05. They ignored that order. By 3/17/05, counsel shall, on pain of sanctions, including monetary sanctions, file a stipulation of discontinuance or a status report.

      **SO ORDERED.**

**Dated:**    Brooklyn, New York
            March 14, 2005

                                                /s/
                                                **ROANNE L. MANN**
                                                **UNITED STATES MAGISTRATE JUDGE**